UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 07-20531

v.                                         HON. THOMAS L. LUDINGTON
                                                    United States District Judge

DEMETRESS L. BRYANT,

        Defendant.

_____

**STIPULATION FOR REDUCTION OF SENTENCE
PURSUANT TO THE FIRST STEP ACT OF 2018**
_____

In December 2018, Congress passed and the President signed the First Step Act of 2018, *See* First Step Act of 2018, P.L. 115-391.  Section 404 of the First Step Act permits a district court, in its discretion, to impose a reduced sentence for a defendant sentenced for a crack cocaine offense before August 3, 2010, if the mandatory minimum sentence for that offense was modified by section 2 or 3 of the Fair Sentencing Act of 2010.  *Id.* at § 404(b) and (c).

Defendant Demetress Bryant is eligible for discretionary relief under the First Step Act. Bryant was sentenced to a mandatory minimum 240 months' imprisonment and 10 years of supervised release in 2008, after he pleaded guilty to distributing 50 grams or more of crack under 21 U.S.C. § 841(a) and (b)(1)(A), with

an enhanced penalty under 21 U.S.C. § 851. The parties stipulated in Bryant's written plea agreement that his offense of conviction involved 79 grams of crack. Thus, Bryant's statutory penalties under the Fair Sentencing Act of 2010, made retroactive by the First Step Act of 2018, have been reduced as follows:

| **Previous Statutory Penalties under § 841(b)(1)(A):** | 20 years to life in prison; at least 10 years of supervised release | **New Statutory Penalties under § 841(b)(1)(B):** | 10 years to life in prison; at least 8 years of supervised release |
|---|---|---|---|

The parties also agree that Bryant's previous and amended sentencing guideline range should be calculated as follows:

| **Previous Total Offense Level:** | 31 | **New Total Offense Level:** | 29 |
|---|---|---|---|
| **Previous Criminal History Category:** | V | **New Criminal History Category:** | V |
| **Previous Sentencing Guideline Range:** | 168–210 | **New Sentencing Guideline Range:** | 140–175 |

The parties therefore stipulate that Bryant meets the criteria for a discretionary sentence reduction under the First Step Act of 2018, with a new mandatory minimum of 120 months' imprisonment, a new guideline range of 140–175 months, and a new

mandatory term of supervised release of 8 years. This Court is therefore permitted to reduce Bryant's sentence.


s/ANTHONY P. VANCE
Assistant United States Attorney
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Fax: (810) 766-5427
anthony.vance@usdoj.gov
P61148

s/JOAN E. MORGAN
Attorney for Defendant
111 E. Court Street, Suite L-100
Flint, Michigan 48502
Phone: (810) 406-4133
Joan_Morgan@fd.org
P34482

Date: January 16, 2019