MIED (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018 — Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America )
v. )
)
D-2, DEMETRESS LASHAWN BRYANT ) Case No: 0645 1:07-cr-20531-02
) USM No: 41862-039
Date of Original Judgment: 11/20/2008 )
Date of Previous Amended Judgment: 12/5/2008 ) Joan Morgan
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court
☒ stipulation of the parties
for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the defendant's motion and the stipulation of the parties is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** Time Served.

*(Complete Parts I and II of Page 2 when motion is granted)*

The term of Supervised Release is reduced to 8 years. As a condition of supervised release, the defendant shall be placed at a Residential Reentry Center, if necessary. While at the facility, the defendant shall abide by all rules and regulations of the facility and pay subsistence costs associated with the halfway house placement, that are required by the United States Bureau of Prisons. While at the Residential Reentry Center (RRC), the defendant shall be allowed to earn social time if in compliance with all facility criteria and probationary standards. The remainder of the original sentence is unchanged.

The defendant's [427] motion for Retroactive Application of Sentencing Guidelines to Drug Offense is Granted.

Except as otherwise provided, all provisions of the judgment dated December 5, 2008 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/26/2019

s/Thomas L. Ludington
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Thomas L. Ludington, United States District Judge
*Printed name and title*